AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jim Walden<br><br>*Plaintiff(s)*<br>v.<br>PETER S. KOSINSKI, as the Co-Chair of the New York State Board of Elections; HENRY T. BERGER, as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, as a Commissioner of the New York State Board of Elections; ANTHONY J. CASALE, as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY III, as Co-Executive Director of the New York State Board of Elections; and the NEW YORK CITY BOARD OF ELECTIONS<br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  All Defendants

See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John R. Cuti
Cuti Frisch PLLC
40 Fulton St., 17th Fl.
New York, NY 10038
(212) 285-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: Jan 7, 2025

*Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS
*Walden v. Kosinski, et al.*, 25-cv-00072

All Defendants with addresses:

PETER S. KOSINSKI, as the Co-Chair of the New York State Board of Elections
New York State Board of Elections
40 North Pearl St., Suite 5
Albany, NY 12207

HENRY T. BERGER, as the Co-Chair of the New York State Board of Elections
New York State Board of Elections
40 North Pearl St., Suite 5
Albany, NY 12207

ESSMA BAGNUOLA, as a Commissioner of the New York State Board of Elections
New York State Board of Elections
40 North Pearl St., Suite 5
Albany, NY 12207

ANTHONY J. CASALE, as a Commissioner of the New York State Board of Elections
New York State Board of Elections
40 North Pearl St., Suite 5
Albany, NY 12207

KRISTEN ZEBROWSKI STAVISKY, as Co-Executive Director of the New York State Board of Elections
New York State Board of Elections
40 North Pearl St., Suite 5
Albany, NY 12207

RAYMOND J. RILEY III, as Co-Executive Director of the New York State Board of Elections
New York State Board of Elections
40 North Pearl St., Suite 5
Albany, NY 12207

NEW YORK CITY BOARD OF ELECTIONS
New York City Board of Elections
Executive Office
32-42 Broadway, 7 Fl
New York, NY 10004

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Print    Save As...                                                    Reset