FREDERIC M. UMANE
PRESIDENT
JODI MORALES
SECRETARY

JOSE MIGUEL ARAUJO
MICHAEL J. COPPOTELLI
GINO A. MARMORATO
FRANK R. SEDDIO
SIMON SHAMOUN
MICHELE A. SILEO
KEITH SULLIVAN
COMMISSIONERS

MICHAEL J. RYAN
EXECUTIVE DIRECTOR

VINCENT M. IGNIZIO
DEPUTY EXECUTIVE DIRECTOR

GEORGEA KONTZAMANIS
OPERATIONS MANAGER

MICHAEL D. CORBETT
ADMINISTRATIVE MANAGER

RAPHAEL SAVINO
DEPUTY GENERAL COUNSEL
ENFORCEMENT COUNSEL



**BOARD OF ELECTIONS**
IN
**THE CITY OF NEW YORK**
EXECUTIVE OFFICE
32 BROADWAY
NEW YORK, NY 10004–1609
TEL (212) 487–5300
FAX (212) 487–5349
www.vote.nyc

January 31, 2025

**VIA ECF**

Hon. LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Walden v. Peter S. Kosinski, et al.*
           Case No. 1:25-cv-00072 (LDH)(TAM)

Dear Judge DeArcy Hall:

      I am the Deputy General Counsel and a Special Assistant Corporation Counsel designated to represent the Board of Elections in the City of New York (the "Board") in connection with the above-referenced matter in which Plaintiff seeks a declaration that New York's Election Law does not prohibit him from using the words "Independent" and "Independence" as part of the name of the Independent Body under which he intends to circulate an independent nominating petition in connection with the 2025 Mayoral Contest.

      The Board is not taking a position in this litigation and acknowledges that, as such, it will be bound by the Court's determination based upon the other litigants' activity.

      In light of this, the Board respectfully requests that it be excused from further participation in this matter (though we will monitor the docket and respond to the Court if and when so directed).

Thank you in advance for your consideration of this request.

Respectfully yours,

/s/Raphael Savino_____

Raphael Savino
Deputy General Counsel
Board of Elections in the City of New York
Special Assistant Corporation Counsel

cc: All appearing parties