UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

JIM WALDEN,

                      Plaintiff,

v.

PETER S. KOSINSKI, as the Co-Chair of the New York State Board of Elections; HENRY T. BERGER, as the Co-Chair of the New York State Board of Elections; ESSMA BAGNUOLA, as a Commissioner of the New York State Board of Elections; ANTHONY J. CASALE, as a Commissioner of the New York State Board of Elections; KRISTEN ZEBROWSKI STAVISKY, as Co-Executive Director of the New York State Board of Elections; RAYMOND J. RILEY III, as Co-Executive Director of the New York State Board of Elections; and the NEW YORK CITY BOARD OF ELECTIONS,

                      Defendants.

Civil No.: 25-cv-00072 (LDH)(TAM)

**Reply Declaration of Jim Walden**

―――――――――――――――――――――――――――――

Jim Walden, Esq., hereby declares under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. My campaign continues to plan for a petition drive, including by recruiting circulators who will approach and speak to registered voters and ask them to sign petitions nominating me as a candidate of an independent body named the Independence Party.

2. Particularly after reviewing the opposition papers submitted by the State Board defendants, and given the City Board's decision to remain silent about its intentions, I believe it is highly likely that without relief from this Court the Independence Ban will be enforced against me. This threat of enforcement actively hampers my campaign's efforts to plan for the petition drive.

Dated:  February 7, 2025
          New York, New York

                                             _____
                                             Jim Walden