UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JIM WALDEN,

                                  Plaintiff,

       v.

PETER S. KOSINSKI, as the Co-Chair of the New York State Board of Elections; et al.,

                                  Defendant.

------------------------------------------------------------------------ X

NOTICE OF APPEARANCE

25-cv-00072 (LDH)(TAM)

       **PLEASE** enter the appearance of the undersigned on behalf of the defendant Board of Elections in the City of New York, improperly sued herein as the "New York City Board of Elections" in the above titled action.

Dated:       New York, New York
                March 17, 2025

                                          **MURIEL GOODE-TRUFANT**
                                          Corporation Counsel of
                                             the City of New York
                                          Attorney for the Board of Elections
                                             in the City of New York
                                          100 Church Street, Room 2-126
                                          New York, New York  10007
                                          (212) 356-2087
                                          e-mail: SKitzing@law.nyc.gov

                                By:    s/Stephen Kitzinger_____
                                        Stephen Kitzinger
                                        Assistant Corporation Counsel